UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | INFORMATION |
| ) | CR 417-274 |
| BRANDON MELENDEZ ) | |
| ) | |
| Defendant   ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant BRANDON MELENDEZ without prejudice.

SO ORDERED, this 6th day of March, 2017.

HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA